```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05270
   KRISTIN CALDERWOOD
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-2495


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/06/08 and confirmed on 05/16/08.

     2.  The case was dismissed after confirmation, 11/14/2008.

     3.  The Debtor paid a total of $  12023.72 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 35779.33 | .00 | 10490.35 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10550.00 | 184.77 | 651.23 |
| AIS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| NELNET LOAN SRVS INC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | .00 | .00 |
| WACHOVIA EDUCATION | UNSECURED | .00 | .00 | .00 |
| BUY RIGHT WINDOWS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 17438.70 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 46329.33 | .00 | 17438.70 | .00 | 63768.03 |
| PRINCIPAL PAID | 11141.58 | .00 | .00 | .00 | 11141.58 |
| INTEREST PAID | 184.77 | .00 | .00 | .00 | 184.77 |
| TOTAL PAID | 11326.35 | .00 | .00 | .00 | 11326.35 |

The Debtor's attorney, ANDERSON & ASSOCS          , was allowed $     .00
and was paid $     .00 .

The Trustee received $    697.37 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 02/10/09                    /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE